UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ALBERT GONZALEZ,<br>    Defendant. | CR NO.  09-CR-10262-PBS |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, I, Martin G. Weinberg, hereby file this Notice of Appearance as counsel for the defendant, Albert Gonzalez, in the above-captioned matter.

Respectfully Submitted,
By His Attorney,

**/s/ Martin G. Weinberg**
Martin G. Weinberg, Esq.
Mass. Bar No. 51948
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmcb@att.net

DATED: December 17, 2009

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on this 17th day of December, 2009, by electronic filing, upon all parties in the above-captioned case.

**/s/ Martin G. Weinberg**