UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 08-CR-10223-PBS |
| v. | ) | |
| | ) | Criminal No. 09-CR-10262-PBS |
| ALBERT GONZALEZ | ) | |
| | ) | Criminal No. 09-CR-10382-DPW |
| Defendant. | ) | |

## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM OVER 20 PAGES LONG

The United States moves pursuant to Local Rule 7.1(B)(4) for leave of court to file a sentencing memorandum which is over 20 pages long.  The defendant has raised a number of contentions in his 24 page sentencing memorandum, and while each may be readily resolved, cumulatively they require more pages to address than allowed by the Local Rules absent leave of court.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   */s/ Stephen P. Heymann*
STEPHEN P. HEYMANN
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Stephen P. Heymann*
STEPHEN P. HEYMANN

Date: March 18, 2010                                Assistant U.S. Attorney