# Sentencing

## Fraud

### Ponzi Operator Who Targeted Family, Friends Sentenced to More Than 10 Years in Prison

The founder and manager of two Beverly Hills, Calif., hedge funds was sentenced Jan. 11 in the U.S. District Court for the Central District of California to 121 months in prison for operating a Ponzi scheme that caused his family members and close friends to lose more than $25 million, prosecutors announced in a news release (*United States v. Ruderman*, C.D. Cal., No. 2:09-cr-00757, sentencing 1/11/10).

Judge John F. Walter also ordered Bradley L. Ruderman, who has been quoted as a financial expert by national media outlets, to pay $27.6 million in restitution.

Ruderman pleaded guilty in August to two counts of wire fraud, two counts of investment adviser fraud related to the scheme he ran from 2003 through 2009, and one count of willful failure to file a tax return (4 WCR 589, 8/28/09). He was charged in May in a five-count criminal information (4 WCR 381, 6/5/09).

**Money From Family, Friends.** Prosecutors said that Ruderman raised more than $44 million, much of it from family members, over eight years, with false promises of annual returns of as much as 60 percent.

Ruderman admitted that did not invest the money as he represented, that he used much of it to pay his own expenses, and then hid his misappropriation of investor funds by sending victims phony account statements purporting to show gains in their accounts.

"When the funds collapsed last April, Ruderman's investors had lost more than $25 million," the release said.

According to the release, at sentencing, Walter said, "He stole from individuals he knew for many years, who cared about him, had invited him into their homes and shared meals with him, who had known him since he was a child."

Walter also noted the "staggering increase" recently in investor-adviser frauds, and said he wanted "to send a message that these crimes will result in significant prison sentences," the release added.

**False Account Statements.** To perpetuate the fraud, Ruderman lied about profits made by the two funds, repeatedly sent false account statements to investors, and reported that he had $206 million under management, when he actually had only $588,246 at the beginning of 2009, the release stated. Ruderman even sent investors a letter in which he denounced the "chicanery" of Bernard Madoff, and assured the investors that "such disgraceful practices will never happen on my watch," Walter noted at the hearing.

An FBI investigation revealed that Ruderman spent at least $8.7 million of investor money on personal expenses, including a summer beach rental in Malibu, Calif., and two Porsches. He also admitted that he lost some $5.2 million in clandestine poker games held regularly in a suite at a luxury Beverly Hills hotel.

Assistant U.S. Attorney Ranee Katzenstein, who prosecuted the case, told BNA that Ruderman's hedge funds were placed into involuntary bankruptcy by the victims of the fraud, and added that about $600,000 has already been seized.

According to court records, James D. Riddet, of Stokke & Riddet, Santa Ana, Calif., represented Ruderman.

## Health Care Fraud

### Former Dentist Draws Five-Year Prison Term After Pleading Guilty in Medicaid Fraud Case

A former dentist was sentenced Jan. 4 in state court in Kentucky to five years in prison for Medicaid fraud and drug trafficking following an investigation by the state attorney general's office (*Commonwealth v. Ralston*, Ky. Cir. Ct., No. 09-cr-00149, sentencing 1/4/10).

Craig Ralston pleaded guilty in November in Kentucky Circuit Court, Bell County, to charges of defrauding Kentucky's Medicaid program from March 1998 until September 2004. Ralston billed for dental extractions that either were not performed or were medically inappropriate, prosecutors said. Ralston also pleaded guilty to three counts of trafficking Hydrocodone to his patients.

According to a statement issued by Kentucky Attorney General Jack Conway (D), Ralston received the maximum sentence of five years on each count, which will run concurrently. Ralston also was ordered to pay $4,900 in restitution to the Medicaid program and $3,000 to the state attorney general's office for its investigative costs.

Conway said his office's Medicaid Fraud and Abuse Control Division handled both the investigation and prosecution of this case after it was referred from the Office of the Inspector General in the wake of action by the Kentucky Board of Dentistry that forced Ralston to surrender his license in 2004.

Ralston was suspended by the state dentistry board in 1995, when he had one of the largest Medicaid practices in Kentucky, for overprescribing drugs to his patients.

Attorney information was not available.