EXHIBIT D

THE WALL STREET JOURNAL.

THE BUZZ

# Vilar Gets 9 Years Over Fraud Case

By Chad Bray

Former money manager Alberto Vilar was sentenced to nine years in prison Friday after he and his business partner, Gary Tanaka, were convicted in 2008 of bilking investors out of millions of dollars.

At a hearing Friday, U.S. District Judge Richard J. Sullivan in Manhattan sentenced Mr. Vilar, onetime head of now-defunct Amerindo Investment Advisors, to 108 months in prison, to be followed by three years supervised release.

Mr. Vilar, 69 years old, was convicted in November 2008 on charges of fraud and money laundering. On Friday, he was ordered to forfeit more than $22 million, to pay restitution of $21.9 million, plus interest, and to pay a fine of $25,000.

The judge found the loss to victims who testified at trial was about $21.9 million.

"People need to be able to trust their financial adviser," Judge Sullivan said before imposing sentence.



Alberto Vilar

In a statement in court, Mr. Vilar defended his firm's trading strategy and said that $48 million was available to cover about $20 million in claims from victims. As a result, he said, he didn't "intellectually understand" the loss amount alleged by prosecutors.

"I deeply regret any inconvenience our 14,000 clients may have suffered," Mr. Vilar said. "Fortunately, there are only five victims. I'm 95% confident they will be paid and not suffer a loss."

Mr. Vilar had faced 210 months to 262 months in prison under federal sentencing guidelines.

Mr. Tanaka, 66, and a onetime Amerindo director and officer, was convicted of conspiracy, securities fraud and investment-adviser fraud, but was acquitted on nine other counts at the time. Mr. Tanaka was sentenced to five years in prison late Friday.

Prosecutors from the U.S. attorney's office in Manhattan had alleged that Mr. Vilar, a longtime opera patron, and Mr. Tanaka misappropriated client funds for personal expenses, charitable contributions and Amerindo's operating expenses.

One of the victims was Lily Cates, the mother of actress Phoebe Cates.

According to the 2005 indictment, Mr. Vilar told Ms. Cates her $5 million investment in June 2002 was going into an Amerindo venture that would benefit from a federal program to promote investment in small businesses. But three years later, Amerindo had yet to be licensed for such a venture.

The indictment alleged that Mr. Vilar used the Cates money in the summer of 2002 for charitable contributions and personal expenses, including donations to his alma mater, Washington & Jefferson College in Pennsylvania, and the American Academy in Berlin. All the while, the indictment said, Ms. Cates was assured her $5 million was in the small-business venture.

The men also had been accused by prosecutors of engaging in a scheme to defraud investors in so-called guaranteed fixed-rate deposit accounts, or GFRDAs.



Prosecutors said they didn't invest in short-term debt instruments as promised, discouraged investors from redeeming their investments and diverted money from other Amerindo clients to repay its obligations to GFRDA investors when those funds didn't perform as promised.

"The last several years—from the age of 82 to 89—have been frightful years for me," said Herbert Mayer, an 89-year-old retired surgeon and a victim of the scheme.

He spoke during the hearing from a wheelchair.

Prosecutors said Mr. Mayer and his two daughters, who live in Yonkers, N.Y., suffered a loss of more than $11 million.

"They have robbed my family's hard earned fortune," said Debra Mayer, one of his daughters.

Mr. Vilar, who was subject to home confinement pending trial, was ordered detained in December 2008 and has been in custody since then.



JAMES ESTRIN/THE NEW YORK TIMES

er of the New York City Housing Authority, tried to reassure former tenants at a public meeting.

# Arts Patron Is Sentenced To 9 Years For Fraud

By COLIN MOYNIHAN

In his years as a prominent patron of the arts, Alberto W. Vilar sat in red velvet seats in the first row at the Metropolitan Opera, where he watched performances he had helped finance.

But on Friday, Mr. Vilar himself was at center stage, standing in front of a packed wood-paneled courtroom in Lower Manhattan as a judge sentenced him to nine years in prison for his role in a $22 million fraud scheme.

Mr. Vilar was convicted in 2008 of 12 counts of securities fraud, wire fraud and money laundering, among other charges. Federal prosecutors said that Mr. Vilar and a partner in his company, Amerindo Investment Advisors, had spent clients' money on volatile technology stocks instead of the more stable investments they had promised.

After losing millions, the prosecutors said, Mr. Vilar turned to fraud in an effort to pay expenses and to satisfy investors asking for money.

"You made use of investors' assets as if they were your own," the judge, Richard J. Sullivan of Federal District Court, told Mr. Vilar, 69, on Friday. "This kind of behavior just can't be tolerated."

Judge Sullivan said that Mr. Vilar, a high-profile philanthropist who had donated more than $100 million to cultural causes, had essentially gambled other people's money without permission.

"He rolled 7s for years," the judge said, adding that eventually, "the 7s turned into snake eyes."

Judge Sullivan listed five victims of the fraud seeking restitution, including Lily Cates, the mother of the actress Phoebe Cates, who lost $9.7 million, and Dr. Herbert Mayer, a retired surgeon, who lost $11 million.

Dr. Mayer, 89, was one of three fraud victims who spoke during

*A fall from grace after a scheme lasting nearly 20 years.*

## Rethinking a Public Housing Project

The city's housing authority intends to demolish an entire vacant high-rise project, Prospect Plaza in Brooklyn, and replace it with smaller buildings as part of a redevelopment plan that also included new town houses and rental units in the neighborhood. One building already has been torn down.




breached the agreement by failing to obtain commitments from lenders willing to invest in the project. An agency spokeswoman said Michaels was paid about $4 million from the federal grant for architectural, engineering and environmental review work.

Even as the three towers sit vacant on Prospect Place near Saratoga Avenue, they continue to be a costly expense for the cash-strapped authority, which has paid a security firm $25,000 a month since 2005 to keep watch over the buildings. The demolition, which must be approved by the federal Department of Housing and Urban Development, is planned for this fall, with construction scheduled to start in 2012.

Preference for the new public housing units will go to former residents, many of whom were relocated to other public housing in Brooklyn.

At the community meeting, Priscilla Davis, 40, a former tenant, said she would not believe anything the authority told her until she was handed the keys to her new apartment. Milton Bolton, 50, a former resident and the

Site of demolished tower
STERLING PL.
HOWARD AVE.
RALPH AVE.
ST. JOHNS PL.
EASTERN PKWY.
E. NEW YORK AVE.

THE NEW YORK TIMES

project and of failing to compensate the company for $5.6 million in predevelopment and other costs. The project stalled in part because it took the agency three years to finish the development agreement and because of turnover at the authority, according to the lawsuit.

In court documents, the agency denied many of the company's assertions, stating that Michaels

her new apartment. Milton Bolton, 50, a former resident and the president of the still-intact Prospect Plaza Tenants Association, held up a thick draft of a 1998 application for the federal grant and said, "It's hard to have trust." More than three dozen tenants have died since 2003.

Ms. Popkin and Mr. Kelly acknowledged "bumps along the road" for the project in the past, but they stressed their desire to rebuild the neighborhood. "I understand that folks here are frustrated," Ms. Popkin said. "There is a new management at Nycha. We have a commitment to these towers. This is a top priority to move forward."

# ...es, Wesleyan Sues Its Ex-Financial Adviser

$3 million in damages.

Messages left on a phone listed in Mr. Kannam's name in Durham, Conn., were not returned. However, a lawyer for Mr. Kannam, Stephen J. Fitzgerald, defended his client, saying, "There's not a single allegation in Wesleyan's complaint that a single dollar of endowment money was misappropriated or somehow invested improperly in violation of any conflict of interest."

"Instead," he said, "Wesleyan's allegations are based in misunderstanding and exaggeration."

At issue is the wording of Mr. Kannam's contract and whether

*Claiming an employee was too interested in his own money.*

it gave him leeway to pursue outside ventures. The contract, according to the lawsuit, said that he "shall not accept any positions on boards or other activities, compensatory or otherwise, that would take meaningful time away from his responsibilities."

Martin Stein, a lawyer who represents Belstar Group, an investment company named in the suit, said both Mr. Kannam and Belstar "will testify that nothing he did for Belstar detracted" from his work at Wesleyan.

Wesleyan claims that the majority of Mr. Kannam's e-mail messages and a "significant portion" of his phone calls related to his outside ventures. Those ranged from various investment funds to a Massachusetts company, Advance Device Technology, founded by his father and in which Mr. Kannam was director of business development.

While making $460,000 a year at Wesleyan, Mr. Kannam held the title of director of investment at Belstar Group, which has offices in Manhattan. While Wesleyan asserts that Mr. Kannam charged the university for weekly trips to New York for Belstar, Mr. Stein said that he visited Belstar "only about once every three or four weeks" and used his Belstar credit card.

The lawsuit also details a number of other trips — Disney World with his family, India for a wedding, England for a job interview — that Mr. Kannam claimed were work related, citing nearby conferences, and for which he filed expenses.

In India, for instance, Mr. Kannam, who was born in Southeast India, told Wesleyan that he was attending a conference in which the host was a man named Ratan Tata. "Not only was no such conference held," the lawsuit said, "but Ratan Tata is, in fact, an official adviser to Belstar Group."

In perhaps the most egregious example cited in the lawsuit under the heading "fraudulent expenses," Wesleyan said that Mr. Kannam traveled to Britain with his wife and children in 2006 to interview for a position at Cambridge University.

"Not only was the trip reimbursed by Cambridge University," the lawsuit states, "but he fraudulently used his Wesleyan credit card for trip expenses, as well as submitted fraudulent and redundant cash expense reports to Wesleyan for the same trip expenses."

The university also accused Mr. Kannam of pressing for more staff and using them to do research for his own activities. "Send me a list of things you'd like done with the hedge fund data so that I can get my guys working on it," Mr. Kannam wrote to a partner at Belstar Group.

The lawsuit said that Mr. Kannam lobbied to move his offices to a secluded spot on campus so he could "work on his personal 'entrepreneurial ventures' away from the view of others in North College," the main administration building. He relocated to newly renovated space, which he called the "Taj," the suit said.

Wesleyan highlighted several e-mail exchanges to show that Mr. Kannam concealed his activities and understood the conflict of interest. As the university was revising its conflict of interest policy, for example, the lawsuit says that Mr. Kannam's wife sent him an e-mail saying the new policy seemed "tailor-made" to apply to him. "Oucheroo," she remarked.

While the suit against Mr. Kannam is potentially embarrassing for Wesleyan, Ada Meloy, general counsel for the American Council on Education, praised the school for pursuing it anyway. "Colleges and universities do not seek to have publicity that reveals unpleasantness," she said. "But it is something that they are right in going forward with in order to reclaim assets. It takes real effort to tackle a problem like this."

But Mr. Stein, the lawyer for Belstar, said that he believes that Wesleyan was "looking for a scapegoat" for its recent endowment losses. "There's no claim that because Kannam was spending so much time on Belstar and others, that he did not do his job properly and or that Wesleyan lost money because of that," he said. "Wesleyan's silence on these things speaks very, very loudly. It's a real hatchet job."

fraud victims who spoke during the hearing, telling the judge that his life had been "full of terror and anxieties and worries" since he lost most of his assets to Mr. Vilar.

Prosecutors said that the scheme lasted for nearly 20 years, but that it unraveled after Mr. Vilar's financial difficulties became public in 2002, when he was unable to honor commitments he had made to donate money to opera houses in New York, Chicago and Washington.

For Mr. Vilar, who lived in a luxury apartment with marble floors and a large bronze statue of Mozart, the fall from grace was swift. The Met took his name off its grand tier; the Royal Opera House at Covent Garden in London removed "Vilar" from its Floral Hall; and the Salzburg Festival took his picture out of its programs.

Mr. Vilar's lawyer, Jonathan Marks, asked the judge for leniency and said that about $40 million could be gained by liquidating his clients' assets, enough to repay the people he had swindled.

"He did not intend to steal that money," he said. "The money is just sitting there frozen, and they will get that back."

A prosecutor, Marc Litt, emphasized that Mr. Vilar had taken money that was not his and "has never accepted responsibility, really, for what he has done."

A few moments later, Mr. Vilar appeared to bolster that assertion as he gave a lengthy, discursive speech, sometimes blaming victims like Dr. Mayer and then downplaying his own misdeeds: "I deeply regret any inconvenience that our 14,000 clients might've suffered," he said. "Fortunately, there are only five victims."



ASSOCIATED PRESS

Alberto W. Vilar outside a New York court after he was convicted in 2008.