UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | Criminal No. | 08-CR-10223-PBS |
| | ) | | 09-CR-10262-PBS |
| | ) | | 09-CR-10382-DPW |
| ALBERT GONZALEZ, | ) | | |
| | ) | | |
| Defendant. | ) | | |

UPDATE TO MOTION FOR ENTRY OF AMOUNTS OF RESTITUTION

The government has been informed by St. Paul Fire and Marine Insurance Company/Travelers Casualty and Insurance Company ("Travelers") that it will not be seeking restitution from Albert Gonzalez in the Heartland Payment Systems case (09-CR-10382-DPW) or the Dave and Buster's case (09-CR-10292). Accordingly, the government's Motion for Entry of Amounts of Restitution is ripe for consideration by the Court at such time as the Court may deem appropriate.

                                                Respectively submitted,
                                                CARMEN M. ORTIZ
                                                U.S. Attorney

                             By:   *Stephen P. Heymann*
                                   STEPHEN P. HEYMANN
                                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Stephen P. Heymann*
Date: April 26, 2010            Stephen P. Heymann
                                        Assistant United States Attorney