UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES ) | | |
| ) | | |
| v. ) | Crim. No. | 08-CR-10223-PBS |
| ) | | 09-CR-10262-PBS |
| ALBERT GONZALEZ, ) | | 09-CR-10382-DPW |
| ) | | |
| Defendant. ) | | |

## UNITED STATES' MOTION FOR ORDER REGARDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE

The United States, by its undersigned counsel, moves this Court for an Order authorizing and directing Albert Gonzalez's former attorneys, Martin Weinberg, Esq. and Rene Palomino, Esq., to disclose to counsel for the United States such matters as are reasonably necessary to enable the United States to respond to issues set forth in Petitioner Gonzalez's Petition Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (hereinafter, the "§ 2255 Motion").

## BACKGROUND

Defendant Albert Gonzalez has moved to vacate his conviction and sentence. He claims that he received ineffective assistance of counsel, and was otherwise harmed by acts or omissions by his former lawyers, in connection with: (1) the decision to plead guilty; (2) the assertion of a possible defense; (3) the investigation of a potential motion to suppress; and (4) the pursuit of appellate relief.

In his §2255 Motion, Gonzalez repeatedly asserts that his former lawyers mis-advised or misrepresented him in a variety of ways including the following:

> "[M]y attorney and Mr. Heymann AUSA advised me that all
> three of my cases would be resolved before the same judge and
> that all sentencing would take place at the same sentencing hearing[.]"
> (§ 2255 Motion, Ground 1)

[handwritten margin note: allows ] must copies/rm, Paul Saum 6/18/2011]