IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| ALBERT GONZALEZ, <br>     Petitioner-Appellant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Respondant-Appellee. | Appeal from the United States District Court for the District of Massachusetts. <br><br> Case No's. 09-10223-PBS <br>                08-10262-PBS <br><br> Judge Patti B. Siris, Presiding. |

### DOCKET STATEMENT

The Petitioner-Appellant Albert Gonzalez pro se, pursuant to Circuit Rule 3, presents the Court with the following required Docket Statement:

On 3-24-2011, petitioner filed a motion under 28 U.S.C. §2255 to vacate, set aside or correct sentence.

On 3-24-2011, the district court ordered the Respondant to file an answer to petitioner's 2255 motion.

On 12-6-2011, the Respondant filed the required answer.

On 11/8/2012 the district court entered an Order Denying petitioners §2255 motion, and denying a Certificate of Appealability.

The district court had jurisdiction under 28 U.S.C. §§§1331, 2255, 2253. The petitioner-appellant has file a timely notice of appeal invoking this court's jurisdiction under 28 U.S.C. §1291.

                                                Albert Gonzalez,

Albert Gonzalez
#25702-050
Federal Correctional Institution
P.O.Box 1000
Milan, Michigan. 48160