# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America v. Albert Gonzalez

District Court Number: 09-cr-10262

Fee:   Paid?   Yes ____   No __✗__   Government filer ____   *In Forma Pauperis*   Yes ____   No __✗__

Motions Pending   Yes __✗__ No ____   Sealed documents   Yes __✗__ No ____
*If yes, document #*   22   *If yes, document #*   6, 15, 16, 18, 19

*Ex parte* documents   Yes ____ No ____   Transcripts   Yes ____ No ____
*If yes, document #*   _____   *If yes, document #*   _____

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent ____   Other: ____

Appeal from:   #42 Order

Other information:   Sealed 25,

    I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

Notice of Appeal, #42 Order

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal, document # 43, filed on 12/26/2012.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 12/26/2012.

**SARAH ALLISON THORNTON**
Clerk of Court

Jeanette Ramos
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**