# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 09-cr-10262
USCA Docket Number: 13-1020

United States of America

v.

Albert Gonzalez

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed __X__ paper documents ____ electronic documents:

**Main Documents:**

Document Numbers: _____

**Other Documents:**

Sealed Records:

Document Numbers: 6, 15, 16, 18, 19, 25

*Ex parte* Records:

Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 1/2/2013.

SARAH ALLISON THORNTON,
Clerk of Court

By: Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/2/13

Deputy Clerk, US Court of Appeals