# United States Court of Appeals
## For the First Circuit

No. 13-1020

ALBERT GONZALEZ

Petitioner - Appellant

v.

UNITED STATES

Respondent - Appellee

**MANDATE**

Entered: August 27, 2013

In accordance with the judgment of July 1, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Dina Michael Chaitowitz
Albert Gonzalez
Stephen P. Heymann